[No. 21063-4-III. Division Three. March 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE MARTIN KOHN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00851-3, Craig J. Matheson, J., entered April 8, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 26484-6-II. Division Two. March 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GARITH EVART CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-1-00161-3, Kenneth D. Williams, J., entered September 22, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27005-6-II. Division Two. March 11, 2003.]

*In the Matter of the Marriage of* LYNNE R. McDONALD, *Respondent*, and CHARLES H. McDONALD III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-3-03661-2, Stephanie A. Arend, J., entered February 9, 2001. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 27149-4-II. Division Two. March 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY LEE BRUNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01280-2, Roger A. Bennett, J., entered March 23, 2001. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.